DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SIAN OCEAN RESIDENCES CONDOMINIUM ASSOCIATION, INC.,** a
Florida non-profit corporation,
Appellant,

v.

**BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE
HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA19,
MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-OA19,**
Appellee.

No. 4D14-4687

[May 4, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas M. Lynch, Judge; L.T. Case No. CACE13-20761 (05).

Ralph C. Ruocco of Glazer & Associates, P.A., Fort Lauderdale, for appellant.

Brian K. Hole and Katherine M. Joffe of Holland & Knight LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Evergrene Partners, Inc. v. Citibank, N.A.*, 143 So. 3d 954 (Fla. 4th DCA 2014).

CIKLIN, C.J., TAYLOR and MAY, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*